IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  4:09-CR-00290-BRW

GAMALIEL LOPEZ-MARTINEZ

## ORDER

Pending is the Government's Motion to Dismiss Petition to Revoke (Doc. No. 23). For good cause shown, the Motion is GRANTED. All other pending motions are denied as moot.

It is so ORDERED this 20th day of April, 2012.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE